UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 09-259 |
| DERRICK MOSELY | SECTION: "F" |

ORDER AND REASONS

Before the Court is the defendant Derrick Mosely's pro se motion for a sentence reduction under the First Step Act of 2018. For the reasons that follow, Mosely's motion is DENIED WITHOUT PREJUDICE.

I.

Derrick Mosely is serving a 188-month prison sentence for distribution of cocaine hydrochloride ("powder" cocaine). In the present motion – which appears more in the form of an inquiry than an exhortation – Mosely seeks a determination of his eligibility for a sentence reduction under the First Step Act of 2018.[1] See Mot. at 1 (writing the Court "to see if I'm eligible to receive any relief from the now effective First Step Act of 201[8]").

---

[1] Mosely also requests a status update on his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. That motion was denied on August 21, 2019. For the reasons set forth there, the Supreme Court's decisions in Johnson v. United States, 135 S. Ct. 2551 (2015) and Mathis v. United States, 136 S. Ct. 2243 (2016), to which Mosely again refers here, do not affect the validity of Mosely's conviction. Nor do they bear any direct relation to Mosely's entitlement to a sentence reduction under the First Step Act.

The First Step Act does not appear applicable to Mosely's situation,[2] but the Court invites Mosely to articulate with greater particularity any grounds on which the Act may apply.

Accordingly, IT IS ORDERED: that the defendant's motion is DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, October 5, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[2] The Fist Step Act's principal sentencing reforms appear inapt. Section 404 pertains to convictions involving "crack" cocaine, but Mosely's conviction involved "powder" cocaine. And Section 401 does not amend the provisions of the Federal Code Mosely was sentenced under: namely, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 851(a). See First Step Act of 2018, Pub. L. No. 115-391, §§ 401(a)(2)(A)-(B), 132 Stat. 5194, 5220-21 (amending subparagraphs (A) and (B), but not subparagraph (C), of 21 U.S.C. § 841(b)(1)).