UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 09-259 |
| DERRICK MOSELY | SECTION "F" |

ORDER AND REASONS

Derrick Mosely was sentenced to 188 months' imprisonment for distribution of cocaine hydrochloride in 2010. On August 6, 2021, he filed his *tenth* pro se postconviction motion.[1]

Mosely's latest attempt to secure a sentence reduction is completely unintelligible. In a one-paragraph motion purporting to seek relief under the "Equal Act" and the "Four Point Reduction Act,"[2] Mosely states that he is "writing to the Courts to find out if I'm eligible to meet the criteria for any of the aforemention[ed] acts that are in reference. Mainly The First Step Implementation Act concerning changes in the 851-Career

---

[1] In the years following his conviction, Mosely has had no fewer than eight pro se motions denied or dismissed: three motions to appoint counsel, one habeas corpus petition, one *successive* habeas corpus petition (which was dismissed by the court of appeals), one motion for a sentence reduction under the First Step Act, one motion for compassionate release, and one motion for reconsideration. One of Mosely's postconviction motions was granted: a motion for leave to amend a motion to vacate which was later denied.

[2] Neither the "Equal Act" nor the "Four Point Reduction Act" appear to exist.

1

Offender Section for U.S. 841(b)(1)(C) in which I am sentenced." See Mot. at 1.  Mosely concludes by asking the Court to "Please respond at your earliest convenience."  Id.

Mosely's desire to get out of prison is understandable, but it is neither this Court's nor the Government's job to advise him of legal avenues for his release.

\*   \*   \*

Accordingly, IT IS ORDERED: that the defendant's latest motion for a sentence reduction is DENIED.

New Orleans, Louisiana, August 18, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE